NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOAN FIORE,                                )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D17-1305
                                           )
CITY OF NAPLES and 465 BUILDING,           )
LLC,                                       )
                                           )
          Appellees.                       )
_____)

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Raymond L. Bass, Jr., of Bass Law Office,
Naples (withdrew after briefing); Anthony
P. Pires, Jr., of Woodward Pires &
Lombardo, P.A., Naples (substituted as
counsel of record), for Appellant.

Edward K. Cheffy and Clay C. Brooker of
Cheffy Passidomo, P.A., Naples, for
Appellee 465 Building, LLC.

Christopher D. Donovan and Robert D. Pritt
of Roetzel & Andress, LPA, Naples, for
Appellee City of Naples.

PER CURIAM.

          Affirmed.


CASANUEVA and BLACK, JJ., and MAKAR, SCOTT, ASSOCIATE JUDGE, Concur.